No. 84–6730. BASKERVILLE v. BAKER, WARDEN, ET AL. Sup. Ct. Va. Certiorari denied.

No. 84–6734. SOTO ET AL. v. UNITED STATES;
No. 84–6739. CONTRERAS v. UNITED STATES; and
No. 84–6751. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 755 F. 2d 733.

No. 84–6735. HERNANDEZ v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 84–6737. FRITZ v. MARSH, SECRETARY OF THE ARMY, ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–6741. KOSYLA v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 84–6743. DAVID v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL. C. A. 11th Cir. Certiorari denied.

No. 84–6745. VELILLA v. UTC/HAMILTON STANDARD DIVISION, LIBERTY MUTUAL INSURANCE CO., ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–6749. WILLIAMS v. LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 84–6750. BUTLER v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 84–6752. DENNIS v. UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–6754. CODER v. FULCOMER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–6757. ALEEM v. SPIGNER ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 84–6758. ALEEM v. MUNICIPAL COURT OF CALIFORNIA, LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.